JAMES R. PIERCE, Respondent, *v.* EDWARD K. FENNO, Appellant, and FRED M. WEBSTER, Respondent.

(Argued October 13, 1930; decided November 18, 1930.)

*Benjamin E. Shove* and *Carl E. Dorr* for appellant.

*Albert H. Clark* and *John C. Boland* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG and O'BRIEN, JJ. Not sitting: HUBBS, J.